IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BYRON BUTLER, Individually and on
Behalf of All Others Similarly Situated                                                          PLAINTIFF

v.                           Case No. 4:18-cv-00760 KGB

KANIS ESTATES, LLC, and
LEONARD FALCONE                                                                                 DEFENDANTS

## ORDER

Before the Court is plaintiff Byron Butler's motion to voluntarily dismiss his complaint under Federal Rule of Civil Procedure 41 (Dkt. No. 6). There are no other plaintiffs in the case, and Mr. Butler has not served the complaint on the defendants (*Id.*, ¶ 5). For good cause shown, the Court grants Mr. Butler's motion to voluntarily dismiss his complaint (Dkt. Nos. 1, 6). Mr. Butler's claims are dismissed without prejudice.

So ordered this 16th day of February, 2021.

_____
Kristine G. Baker
United States District Judge